Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

```
┌─────────────────────────────┐
│ ✓ FILED        ___ LODGED   │
│ ___ RECEIVED   ___ COPY     │
│                             │
│      JUL 14 2023            │
│                             │
│   CLERK U S DISTRICT COURT  │
│     DISTRICT OF ARIZONA     │
│ BY Kl7              DEPUTY  │
└─────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>vs.<br><br>Alleviate Tax, LLC et. al<br><br>    Defendant | Case No.: 2:23-cv-01264-PHX-JFM<br><br>MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AND ATTORNEY AND SUPPORTING INFORMATION |

Plaintiff Jason Crews respectfully moves for leave of the court to permit pro se registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER and ECF login. Plaintiff agrees to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system and consents to receive notice of filings pertaining to Fed. R. Civ. P. 5(b) and 77 (d) via the Court's electronic filing system.

In further support of this application, Plaintiff possesses the following:

- a personal computer running macOS 13,
- Microsoft Word 16 which is PDF-compatible,
- high speed internet access,

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV·L·R.5·4
    (Rule Number/Section)

1

- Chrome browser, with the capability to download and install any other internet browser as needed.
- PDF conversion software
- Document scanner
- Adobe acrobat reader

Dated this July 11, 2023.

_____
Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com
jason.crews@gmail.com
*Plaintiff, Pro se*

Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Alleviate Tax, LLC et al.<br><br>　　　　Defendant | Case No.: 2:23-cv-01264-PHX-JFM<br><br>[Proposed] ORDER<br><br>Honorable HONORABLE JAMES F. METCALF |

　　　　The Court has considered Plaintiffs Motion for Permission to use ECF/eFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JASON CREWS shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable James F. Metcalf
　　　　　　　　　　　　　　　　　　United States District Judge