# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br>Plaintiff<br>-vs-<br>Alleviate Tax LLC, et al.,<br>Defendants. | CV-23-1264-PHX-JFM<br><br>**Order** |

Plaintiff's *pro se* Motion to File Electronically (Doc. 6) seeks leave to file electronically. Plaintiff's motion neglects to make various representations required by the Court's form for such an application, *e.g.* an email account with sufficient capacity, and familiarity with and not just compliance with the ECF manual. Plaintiff's attention is directed to the Court's form of Motion to Allow Electronic Filing, available at https://www.azd.uscourts.gov/sites/default/files/forms/ProSeMotionToEfile.pdf (last accessed 7/17/23).

**IT IS THEREFORE ORDERED** Plaintiff's Motion to File Electronically (Doc. 6) is **DENIED WITHOUT PREJUDICE**.

Dated: July 18, 2023

James F. Metcalf
United States Magistrate Judge

23-1264-006o Order 23 07 17 on Motion to File Electronically.docx