THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE L R Civ 54
(Rule Number/Section)

FILED ✓    LODGED ____
RECEIVED ____    COPY ____

JUL 1 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>      Plaintiff,<br><br>vs.<br><br>Alleviate Tax, LLC, et al.<br><br>      Defendant | Case No.: 2:23-cv-01264-PHX-JFM<br><br>MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AND ATTORNEY AND SUPPORTING INFORMATION |

Plaintiff Jason Crews respectfully moves for leave of the court to permit pro se registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER and ECF login. Plaintiff agrees to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system and consents to receive notice of filings pertaining to Fed. R. Civ. P. 5(b) and 77 (d) via the Court's electronic filing system.

In further support of this application, Plaintiff possesses the following:

- a personal computer running macOS 13,
- Microsoft Word 16 which is PDF-compatible,
- high speed internet access,

1

- Chrome browser, with the capability to download and install any other internet browser as needed.

- PDF conversion software

- Document scanner

- Adobe acrobat reader

Dated this July 15, 2023.

Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com
jason.crews@gmail.com
*Plaintiff, Pro se*

Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-01264-PHX-JFM |
| Plaintiff, | |
| vs. | [Proposed] Order |
| | Honorable |
| Alleviate Tax, LLC *et al.* | |
| Defendant. | |

The Court has considered Plaintiffs Motion for Permission to use ECF/eFiling.

Finding that good cause exists, the Motion is GRANTED. Plaintiff JASON CREWS shall

have the above-captioned case added to his ECF account. The Clerk of Court is directed

to permit registration and provide Plaintiff access to ECF for the above-captioned case.

_____
Honorable
United States District Judge

1