# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br>Plaintiff<br>-vs-<br>Alleviate Tax LLC, et al.,<br>Defendants. | CV-23-1264-PHX-JFM<br><br>**Order** |

Plaintiff filed a Motion to Allow Electronic Filing (Doc. 6). The Court denied it without prejudice for failure to address various issues, and directed Plaintiff to the Court's form for such motions. (Order 7/18/23, Doc. 7.) Plaintiff has now refiled the same motion (Doc. 8). It will be denied without prejudice for the same reasons.

**IT IS THEREFORE ORDERED** Plaintiff's Motion to Allow Electronic Filing (Doc. 8) is **DENIED WITHOUT PREJUDICE**.

Dated: July 20, 2023

23-1264-008o Order 23 07 20 on Motion to Allow Electronic Filing.docx

James F. Metcalf
United States Magistrate Judge

- 1 -