**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| Jason Crews, Plaintiff -vs- Alleviate Tax LLC, et al., Defendants. | CV-23-1264-PHX-JFM

**Order** |

**IT IS ORDERED:**

(A) **GRANTING** Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 11) in this case only.

(B) Plaintiff is **REQUIRED** to:

1. comply with: (a) the Privacy and Public Access to Electronic Case Files policy of the Judicial Conference of the United States, available at https://www.uscourts.gov/rules-policies/judiciary-policies/privacy-policy-electronic-case-files; (b) the E-Government Act of 2002, 44 U.S.C. § 3501, *et seq.*; and (c) the rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, available at https://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf;

2. have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, and be able to electronically transmit documents to the court in .pdf format; and

3. within five (5) days of the date of this Order, register as a subscriber to PACER

//

(Public Access to Court Electronic Records), at https://pacer.uscourts.gov/.

Dated: July 26, 2023

<small>23-1264-011o Order 23 07 26 on Motion to Allow Electronic Filing.docx</small>

James F. Metcalf
United States Magistrate Judge