# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01264-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Alleviate Tax LLC, et al., | |
| Defendants. | |

Having reviewed the Notice of Voluntary Dismissal (Doc. 17),

**IT IS ORDERED** that this matter is **dismissed without prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 7th day of August, 2023.

Honorable Steven P. Logan
United States District Judge